IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>INDRESCOM SECURITY TECHNOLOGY INC<br><br>Debtor(s)<br>NOREEN WISCOVITCH RENTAS<br>Plaintiff(s)<br>JOSE A RODRIGUEZ GOMEZ<br><br>Defendant(s) | CASE NO. 12-07047-ESL7<br>Chapter 7<br><br>ADVERSARY NUMBER: 14-00209-ESL<br><br>FILED & ENTERED ON APR/24/2019 |

ORDER

Plaintiff's Motion for Voluntary Dismissal (docket #48) is hereby granted. Judgment will be entered dismissing the instant adversary proceeding.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of April, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge